IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DORIS FEERER, et al.,

    Plaintiffs,

vs.                                              Civ. 95-12 JC/WWD

AMOCO PRODUCTION CO., et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter comes before the court upon an Unopposed Motion to Exceed Page Limits filed October 8, 1997 [docket no. 659].  Because the motion initially was referred to the Special Master in this cause, there has been some delay in my addressing it.  Motions seeking reasonable enlargement of page limits are generally granted.  Frequently counsel will indicate the number of pages sought to be filed.  We have in some instances contacted counsel to encourage the providing of such information.  In the instant motion, no such information is provided.  I decline to enter an order which gives counsel authority to file responses without any limitation as to length.

    **WHEREFORE,**

    **IT IS ORDERED** that Defendant Amoco Production Company's Unopposed Motion to Exceed Page Limits be, and it hereby is, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE